# Exhibit 2

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

UNITED STATES OF AMERICA )
)
v. )  Criminal Case No. 3:92CR68-01
)
RICHARD TIPTON )
   a.k.a. "Whittey" )
)



### VERDICT

WE, THE JURY, FIND as follows:

Count 1:       Conspiracy to Distribute Controlled Substance

                <u>Guilty</u>
                (Guilty or Not Guilty)

Count 2:       Continuing Criminal Enterprise

<u>Question</u>:  Do you find that the government has proven, beyond a reasonable doubt, that a Continuing Criminal Enterprise existed as charged in the indictment?

Yes: <u>Yes</u>              No: _____

If you indicated above that a Continuing Criminal Enterprise did <u>not</u> exist, you must find the defendant, RICHARD TIPTON, Not Guilty as to Count 2.

If you indicated that a Continuing Criminal Enterprise <u>did</u> exist, you must now determine whether defendant RICHARD TIPTON is Guilty or Not Guilty of the crime of engaging in that continuing criminal enterprise as charged in Count 2, and enter your finding below:

                <u>Guilty</u>
                (Guilty or Not Guilty)

465



**Count 3:**     Killing of Douglas A. Talley while Engaged In or Working in Furtherance of a Continuing Criminal Enterprise

(If you indicated, in response to the Question set forth under Count 2 above, that a Continuing Criminal Enterprise did not exist, you must find the defendant Not Guilty as to this Count).

_____Guilty_____
(Guilty or Not Guilty)

**Count 4:**     Killing of Douglas A. Talley to Maintain or Increase Position in Racketeering Enterprise

_____Guilty_____
(Guilty or Not Guilty)

**Count 5:**     Killing of Douglas Moody while Engaged In or Working in Furtherance of a Continuing Criminal Enterprise

(If you indicated, in response to the Question set forth under Count 2 above, that a Continuing Criminal Enterprise did not exist, you must find the defendant Not Guilty as to this Count).

_____Not Guilty_____
(Guilty or Not Guilty)

**Count 6:**     Use of Firearm in Relation to Killing of Douglas Moody

_____Not Guilty_____
(Guilty or Not Guilty)

**Count 7:**     Killing of Douglas Moody to Maintain or Increase Position in Racketeering Enterprise

_____Not Guilty_____
(Guilty or Not Guilty)

Defendant RICHARD TIPTON is not charged in Counts 8-13 of the indictment.

Count 14:    Killing of Torrick Brown, Jr., to Maintain or Increase Position in Racketeering Enterprise

___Not Guilty___
(Guilty or Not Guilty)

Count 15:    Use of Firearm in Relation to Killing of Torrick Brown, Jr., and Maiming of Martha McCoy

___Not Guilty___
(Guilty or Not Guilty)

Count 16:    Maiming of Martha McCoy to Maintain or Increase Position in Racketeering Enterprise

___Not Guilty___
(Guilty or Not Guilty)

Count 17:    Killing of Bobby Long while Engaged In or Working in Furtherance of a Continuing Criminal Enterprise

(If you indicated, in response to the Question set forth under Count 2 above, that a Continuing Criminal Enterprise did not exist, you must find the defendant Not Guilty as to this Count).

___Guilty___
(Guilty or Not Guilty)

Count 18:    Killing of Anthony Carter while Engaged In or Working in Furtherance of a Continuing Criminal Enterprise

(If you indicated, in response to the Question set forth under Count 2 above, that a Continuing Criminal Enterprise did not exist, you must find the defendant Not Guilty as to this Count).

___Guilty___
(Guilty or Not Guilty)

Count 19:    Killing of Dorothy Mae Armstrong while Engaged In or Working in Furtherance of a Continuing Criminal Enterprise

(If you indicated, in response to the Question set forth under Count 2 above, that a Continuing Criminal Enterprise did not exist, you must find the defendant Not Guilty as to this Count).

_____ Guilty _____
(Guilty or Not Guilty)

Count 20:    Use of Firearm in Relation to Killing of Bobby Long, Anthony Carter and Dorothy Mae Armstrong

_____ Guilty _____
(Guilty or Not Guilty)

Count 21:    Killing of Bobby Long to Maintain or Increase Position in Racketeering Enterprise

_____ Guilty _____
(Guilty or Not Guilty)

Count 22:    Killing of Anthony Carter to Maintain or Increase Position in Racketeering Enterprise

_____ Guilty _____
(Guilty or Not Guilty)

Count 23:    Killing of Dorothy Mae Armstrong to Maintain or Increase Position in Racketeering Enterprise

_____ Guilty _____
(Guilty or Not Guilty)

**Count 24:**        Killing of Curtis Thorne while Engaged In or Working in Furtherance of a Continuing Criminal Enterprise

(If you indicated, in response to the Question set forth under Count 2 above, that a Continuing Criminal Enterprise did not exist, you must find the defendant Not Guilty as to this Count).

_____Guilty_____
(Guilty or Not Guilty)

**Count 25:**        Killing of Linwood Chiles while Engaged In or Working in Furtherance of a Continuing Criminal Enterprise

(If you indicated, in response to the Question set forth under Count 2 above, that a Continuing Criminal Enterprise did not exist, you must find the defendant Not Guilty as to this Count).

_____Guilty_____
(Guilty or Not Guilty)

**Count 26:**        Use of Firearm in Relation to Killing of Curtis Thorne and Linwood Chiles and Maiming of Priscilla Green and Gwendolyn Green

_____Guilty_____
(Guilty or Not Guilty)

**Count 27:**        Killing of Curtis Thorne to Maintain or Increase Position in Racketeering Enterprise

_____Guilty_____
(Guilty or Not Guilty)

**Count 28:**        Killing of Linwood Chiles to Maintain or Increase Position in Racketeering Enterprise

_____Guilty_____
(Guilty or Not Guilty)

Count 29:      Maiming of Priscilla Green to Maintain or Increase
Position in Racketeering Enterprise

_____Guilty_____
(Guilty or Not Guilty)

Count 30:      Maiming of Gwendolyn Green to Maintain or Increase
Position in Racketeering Enterprise

_____Guilty_____
(Guilty or Not Guilty)

Defendant RICHARD TIPTON is not charged in Count 31 of the
indictment.

Count 32:      Possession of Controlled Substance with Intent to
Distribute  (on or about 2/2/92)

_____Guilty_____
(Guilty or Not Guilty)

Count 33:      Possession of Controlled Substance with Intent to
Distribute  (on or about 4/10/92)

_____Guilty_____
(Guilty or Not Guilty).

SO SAY WE ALL.

_____        _____2/3/93_____
FOREPERSON'S SIGNATURE                        DATE