# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 17, 2019

_____

RESPONSE REQUESTED

_____

No. 19-2,    In re: Richard Tipton
3:92-cr-00068-JRS-1

TO:    United States of America

RESPONSE DUE: 04/24/2019

Response is required to the motion for authorization to file a successive habeas application on or before 04/24/2019.

Emily Borneisen, Deputy Clerk
804-916-2704