UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 19-2                          as

☐Retained ☐Court-appointed(CJA) ☐Court-assigned(non-CJA) ☑Federal Defender ☐Pro Bono ☐Government

COUNSEL FOR: Richard Tipton

_____ as the
(party name)

☑appellant(s) ☐appellee(s) ☐petitioner(s) ☐respondent(s) ☐amicus curiae ☐intervenor(s) ☐movant(s)

_____
(signature)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage My Account.**

| | |
|---|---|
| Gerald Wesley King, Jr. | 404-688-7530 |
| Name (printed or typed) | Voice Phone |
| Federal Defender Program, Inc. | 404-688-0768 |
| Firm Name (if applicable) | Fax Number |
| 101 Marietta Street, NW, Suite 1500 | |
| Atlanta, GA 30303 | Gerald_King@fd.org |
| Address | E-mail address (print or type) |

### CERTIFICATE OF SERVICE

I certify that on 4/18/2019         the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| Richard Daniel Cooke, AUSA<br>Office of the United States Attorney<br>Eastern District of Virginia<br>Suite 1900<br>919 East Main Street | G. Zachary Terwilliger, AUSA<br>Office of the United States Attorney<br>Eastern District of Virginia<br>2100 Jamieson Avenue<br>Alexandria, VA 22314-519 |

_____                    4/18/2019
        Signature                                Date

02/16/2018 SCC