FILED:  May 14, 2019

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 19-2
(3:92-cr-00068-JRS-1)
_____

In re: RICHARD TIPTON, a/k/a Whittey

　　　　Movant

_____

O R D E R
_____

Movant has filed a motion under 28 U.S.C. § 2244 for an order authorizing

the district court to consider a second or successive application for relief under 28

U.S.C. § 2255.

The court denies the motion.

Entered at the direction of Judge Wilkinson with the concurrence of Judge

King and Senior Judge Duncan.

For the Court

/s/ Patricia S. Connor, Clerk